IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>AUDREY GLENN,<br><br>                Defendant. | **4:14CR3020**<br><br>**ORDER** |

IT IS ORDERED that:

1. The Defendant's Unopposed Motion to Continue Disposition Hearing (filing 196) is granted.

2. Defendant Audrey Glenn's violation of supervised release hearing is continued to December 4, 2020, at 10:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 6th day of August, 2020.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge