IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>AUDREY GLENN,<br><br>        Defendant. | **4:14CR3020**<br><br>**ORDER** |

IT IS ORDERED that:

1. The Defendant's Unopposed Motion to Continue Disposition Hearing (filing 198) is granted.

2. Defendant Audrey Glenn's violation of supervised release hearing is continued to March 4, 2021, at 11:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 3rd day of December, 2020.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge